**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| PETER DIRKSEN, AVIVA COPAKEN, and STEVEN BELTRAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FUNKO, LLC,<br><br>Defendant. | Case No. 2:26-cv-01585-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>June 5, 2026 |

THIS MATTER comes before this Court on Parties' Stipulation to Extend Defendant's Time to Respond to Plaintiff's Class Action Complaint and Set Briefing Schedule (the "Stipulated Motion"). Dkt. # 8. Having reviewed the Stipulated Motion, being fully advised on the matter, and for good cause shown:

It is hereby ORDERED that the Stipulated Motion is GRANTED. It is FURTHER ORDERED that Defendant Funko, LLC's deadline to file its anticipated motion to dismiss is July 17, 2026, Plaintiffs' deadline to file any opposition is August 24, 2026, and Defendant's deadline to file any reply is September 14, 2026.

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEFENDANT'S TIME TO RESPOND TO
PLAINTIFF'S CLASS ACTION COMPLAINT AND SET
BRIEFING SCHEDULE - 1
CASE NO. 2:26-CV-01585-JHC

IT IS SO ORDERED.

DATED this 5th day of June, 2026.

_____

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEFENDANT'S TIME TO RESPOND TO
PLANTIFF'S CLASS ACTION COMPLAINT AND SET
BRIEFING SCHEDULE - 2
CASE NO. 2:26-CV-01585-JHC